O

MAR 20 2017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-815-R-9 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Andy Diosdado-Mora | |
| Defendant. | |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

 The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __lack of sureties + lack of amenability to supervision__

and/or

B.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___instant allegations; criminal history___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 3/20/17

~~ROBERT N. BLOCK~~ Karen E. Scott
UNITED STATES MAGISTRATE JUDGE